IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONNIE RINGO                                                                                              PLAINTIFF

v.                                            No. 5:15-cv-314-DPM

STATE FARM FIRE AND CASUALTY COMPANY                               DEFENDANT

ORDER

Donnie Ringo hasn't responded to State Farm's motion for summary judgment. № 21. The time to do so has passed. If Ringo does not respond by Wednesday, 8 June 2016, the Court will rule on the motion without a response.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2016