IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONNIE RINGO                                                                                    PLAINTIFF

v.                                      No. 5:15-cv-314-DPM

STATE FARM FIRE
AND CASUALTY COMPANY                                                            DEFENDANT

### JUDGMENT

Ringo's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 July 2016